# Attachment BB

to
Stephen West Complaint


# Steven Henley Autopsy Report



**TENNESSEE DEPARTMENT OF HEALTH**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**

## REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

Davidson County Medical Examiner: Bruce Levy M.D.

State Medical Examiner: Bruce Levy M.D.

Judicial District Number: 20

District Attorney: Honorable Victor S. Johnson III

**State Number: 09-19-0295**

**Case Number: MEC09-0201**

| 1. Name of Decedent | 2. Age | 3. Race | 4. Sex |
|---|---|---|---|
| Steve Morris Henley | 55 Years | White | Male |

| 5. Address |
|---|
| Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, TN 37243 |

| 6. Date of Death | 7. Type of Death | 8. Investigating Agency/Complaint #: |
|---|---|---|
| 02/04/2009 1:33 AM | In Jail/Prison/In Police Custody | |

| 9. Place of Death |
|---|
| 7475 Cockrill Bend Boulevard, Nashville, TN |

**10. Narrative Summary**

The decedent is a 55 yr. old w/m that was reportedly a prisoner at the Riverbend Maximum Security Institution. The decedent was given a lethal injection according to the sentencing ordered by the State of Tennessee. Death was pronounced at 01:33 hrs. on 02/04/2009 by Dr. Thomas. Photographs were taken of the decedent inside the execution chamber for documentation purposes. The decedent was transported to the Center for Forensic Medicine for examination by the Medical Examiner. Sherrie L. Saint, Investigator

| 11. Jurisdiction Accepted | 12. Autopsy Ordered | 13. Toxicology Ordered |
|---|---|---|
| Yes | Yes | Yes |

| 14. Physician Responsible for Death Certificate |
|---|
| Bruce P Levy, M.D. |

| 15. Cremation Approved | 16. Funeral Home |
|---|---|
| Yes | Upper Cumberland Funeral Home |

| 17. Cause of Death |
|---|
| Acute thiopental, pancuronium and potassium toxicity |

| 18. Contributory Cause of Death |
|---|
| |

| 19. Manner of Death |
|---|
| Homicide |

CERTIFIED COPY

I hereby certify that this is a true and correct copy
of the medical examiner's report on file at the
Office of the State Medical Examiner, Nashville TN.

By _____ Date __3/10/10__

**TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT**
**OFFICE OF THE STATE MEDICAL EXAMINER**
**Center for Forensic Medicine**
**850 R.S. Gass Blvd.**
**Nashville, Tennessee 37216-2640**

**CASE: MEC09-0201**
**County: DAVIDSON**

### AUTOPSY REPORT

**NAME OF DECEDENT:** HENLEY, STEVE MORRIS    **RACE: W**    **SEX: M**    **AGE: 55**

**HOME ADDRESS:** 7475 Cockrill Bend Blvd., Nashville TN

**DATE AND TIME OF DEATH:**         February 4, 2009 at 1:33 a.m.

**DATE AND TIME OF AUTOPSY:**      February 4, 2009 at 9:10 a.m.

**FORENSIC PATHOLOGIST:**          Bruce P. Levy, M.D.

**COUNTY MEDICAL EXAMINER:**      Bruce P. Levy, M.D.

**DISTRICT ATTORNEY GENERAL:**     Honorable Victor S. Johnson, III

---

### PATHOLOGIC DIAGNOSES

1.    Lethal injection, clinical history:

    a.    Toxicology positive for thiopental and pancuronium.

    1)    Blood thiopental level toxic (8310 ng/mL).
    2)    Blood pancuronium level lethal (1600 ng/mL).
    3)    Thiopental (1810 ng/mL) and pancuronium (22 ng/mL).
    4)    Vitreous potassium not elevated (6 mmol/L).

    b.    Pulmonary vascular congestion and edema (1270 grams combined lung weight).

2.    Hypertensive cardiovascular disease:

    a.    Cardiac hypertrophy (570 grams).
    b.    Arteriolar nephrosclerosis.
    c.    Aortic atherosclerosis, slight.
    d.    Blood verapamil level therapeutic (70 ng/mL).

3.    Urine toxicology positive for carboxy-THC (39 ng/mL):

    a.    Blood toxicology negative for cannabinoids.

(Continued)

4.    Cholelithiasis.

5.    Benign prostatic hypertrophy.

**CAUSE OF DEATH:**          Acute thiopental, pancuronium and potassium toxicity

**MANNER OF DEATH:**          Homicide

**CIRCUMSTANCES OF DEATH:**          Judicial execution – Lethal injection

*I hereby certify that I, Bruce P. Levy, M.D. have performed an autopsy on the body of Steve Morris Henley on the fourth day of February 2009 at 9:10 am in the State of Tennessee Center for Forensic Medicine. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health. The autopsy was performed in the presence of Dr. McMaster.*

## EXTERNAL EXAMINATION

The body is that of a well-developed, slightly obese white male, measuring 71 inches and weighing 239-1/2 pounds, whose appearance is consistent with the reported age of 55 years. The head hair is light brown in color, measuring approximately 5 inches long. There is a mustache on the clean-shaven face. The irides are hazel/green in color and the pupils are round. The sclerae are anicteric and the conjunctivae are slightly injected without petechiae. The ears, nose and mouth are unremarkable. A slight quantity of translucent liquid is present in the mouth. Natural teeth are in fair repair with some missing teeth with healed gums.

The anterior torso is symmetric with a protuberant soft abdomen. The posterior torso is unremarkable. The upper and lower extremities are symmetric and unremarkable. External genitalia are those of a circumcised male with descended testes.

Rigor mortis is absent. Livor mortis is purple in color, posterior in distribution, and blanching. The body is warm to touch. There is drying artifact of the scrotum.

**THERAPEUTIC PROCEDURES:**     None.

**SCARS:**     There is a minimum of three linear scars on the dorsum of the left hand that measure between 1/4 inch and 3/4 inch long each. There is a 1/2 x 1/4 inch scar on the anterior aspect of the right forearm.

**TATTOOS:**   None.

**INJURIES:**

**LETHAL INJECTION:**     Intravenous catheters are inserted into superficial blood vessels of both antecubital fossae. They are attached with intravenous tubing to normal saline intravenous bags. There is an additional dermal puncture of the left antecubital fossa with a surrounding 1/8-inch area of subcutaneous hemorrhage.

The following items are received with the body:

There are a total of 22 syringes. There are four syringes with red colored labels stating, "sodium thiopental," that are all empty. There are two syringes with red colored labels stating, "pancuronium bromide," that are all empty. There are two syringes with red colored labels stating, "potassium chloride," that are all empty. There are three syringes with red colored labels stating, "saline," that are all empty. There are an identical set of 11 syringes with blue colored labels that contain the same indicated items, except each syringe contains 50 mL of a translucent fluid.

There are a total of 67 glass medication bottles. There are 19 bottles labeled "pentothal 500 mg,"

of which 18 are empty and 1 still contains a translucent liquid. There are 10 empty bottles labeled "potassium chloride 40 mEq." There are 20 empty bottles labeled "pancuronium bromide 10 mL." There are 18 empty bottles labeled "sterile water 20 mL."

An additional normal saline intravenous bag is received with the body.

*The above injuries, having been described, will not be repeated.*

### INTERNAL EXAMINATION

**HEAD:**        The scalp is unremarkable without abrasions, contusions or lacerations. The skull is intact without fracture. The meningeal coverings of the brain are intact without epidural, subdural or subarachnoid hemorrhages.

The 1530-gram brain is symmetric with an unremarkable gyral pattern. There are no visible injuries on the surface or cut section of the brain. The distribution of cranial nerves at the base of the brain is normal. The cerebral vessels are unremarkable and normally distributed. Coronal sections through the cerebral hemispheres reveal a normal distribution of gray and white matter without focal lesions. The ventricles are of normal configuration and size. Horizontal sections through the cerebellum and brain stem reveal a normal distribution of gray and white matter without focal lesions.

**NECK:**        There are no hemorrhages into the musculature or soft tissues of the neck. The hyoid, larynx, and trachea are intact without obstructions. The tongue is unremarkable without injury. The cervical vertebrae are palpably intact.

**BODY CAVITIES:**        All organs are in their normal anatomic locations. The pleural, pericardial, and peritoneal cavities have smooth and glistening surfaces. Typical quantities of translucent fluid are present within the body cavities.

**CARDIOVASCULAR SYSTEM:**        The great vessels are normally distributed without thromboemboli. There are slight atherosclerotic deposits of the aorta. The coronary artery ostia are normally placed and free of significant atherosclerotic obstruction.

The 570-gram heart has a smooth, glistening, intact epicardial surface. The right dominant coronary arteries are normally distributed and free of significant atherosclerosis. The myocardium is homogeneous red-brown in color without focal lesions. The left and right ventricles are 1.5 and 0.3 cm. in thickness at the lateral walls, respectively, and symmetric. The endocardial surfaces and four cardiac valves are unremarkable. The papillary muscles and chordae tendineae are normal. The mitral and tricuspid valves measure 11.4 and 12.2 cm. in circumference, respectively.

**RESPIRATORY SYSTEM:**    The right and left lungs weigh 730 and 540 grams, respectively. The lungs are normally lobated. The pleural surfaces are glistening and intact. The pulmonary arteries are free of thromboemboli. The bronchi are unremarkable. The parenchyma is pink/tan in color and well aerated with slight quantities of expressed frothy fluid from both lungs. There are no focal lesions or consolidations. There is vascular congestion in dependent segments.

**DIGESTIVE SYSTEM AND LIVER:**        The esophagus is unremarkable with a sharp gastroesophageal junction. The unremarkable stomach contains approximately 250 mL of well-

chewed and partially digested food. The duodenum, small intestines, appendix, and large intestines are unremarkable.

The 2410-gram liver has a smooth, intact capsule. The parenchyma is slightly pale brown/tan in color and soft without focal lesions. The unremarkable gallbladder contains approximately 2 ml. of bile and three yellow colored multifaceted gallstones that measure a maximum of 1.0 cm in diameter. The extrahepatic bile ducts are patent and unremarkable. The pancreas is unremarkable.

**RETICULOENDOTHELIAL SYSTEM:**        The 360 gram spleen is congested without focal lesions. There is a normal distribution of unremarkable lymph nodes. The thymus gland is involuted.

**GENITOURINARY SYSTEM:**        The right and left kidneys weigh 220 and 230 grams, respectively. The subcapsular surfaces are smooth. The cortices are of normal thickness with sharp corticomedullary junctions. The calices, pelves, and ureters are patent and unremarkable. The unremarkable urinary bladder contains approximately 50 ml. of urine.

The testes and seminal vesicles are unremarkable. The prostate gland is slightly enlarged with faint diffuse nodularity.

**ENDOCRINE SYSTEM:**        The pituitary, thyroid, parathyroid and adrenal glands are unremarkable.

**MUSCULOSKELETAL SYSTEM:**    The musculoskeletal system is intact and unremarkable. There are slightly increased quantities of subcutaneous and intra-cavity adipose tissue.

**TOXICOLOGY:**        The following specimens are submitted for possible toxicologic analysis: Blood, bile, urine and vitreous humor. A separate report will be issued.

**HISTOLOGY:** The following specimens are submitted for histologic examination: Hard, bronchus, lungs, liver, kidney and brain. A separate report will be issued.

## SUMMARY OF CASE

This 55-year-old male was executed by lethal injection on February 4, 2009. He was pronounced deceased at 0133 hours. An autopsy was ordered.

Autopsy revealed a slightly obese male with an enlarged heart, pulmonary edema and generalized vascular congestion. There is a history of hypertension and he is reportedly prescribed verapamil. Specimens were obtained for toxicology and histology studies.

Histologic examination of the organs confirmed left ventricular hypertrophy (an enlarged heart). There were no other significant pathologic findings.

Toxicology was positive for multiple substances. Testing of femoral blood was positive for toxic levels of both thiopental (8310 ng/mL) and pancuronium (1600 ng/mL). Both of these substances were also detected in urine (thiopental 1810 ng/mL and pancuronium 22 ng/mL). The vitreous potassium level (6 mmol/L) was not elevated, indicating that injected potassium had not diffused into the orbits. Verapamil was detected in the blood at therapeutic levels (70 ng/mL) and urine (250

ng/mL). A metabolite of marijuana (carboxy-THC 39 ng/mL) was unexpectedly detected in the urine. Repeat testing confirmed the presence of the substance in the urine, which also contained the same substances that were known to be in his body at the time of death. Testing of the blood was negative for any cannabinoids. Testing of the bile was attempted, but no results could be obtained due to sample matrix problems.

In my opinion, this person died as a result of a combined toxicity from the three agents used in the lethal injection procedure (thiopental, pancuronium and potassium). The manner of death is homicide.

**\*\*Electronically signed by Bruce P. Levy, M.D. on Wednesday, February 17, 2010\*\***

Bruce P. Levy, M.D.
Chief Medical Examiner

**OFFICE OF THE MEDICAL EXAMINER**
**FORENSIC MEDICAL**

## REPORT OF MICROSCOPIC EXAMINATION

**Name of Deceased:** HENLEY, STEVE MORRIS          **MEC09-0201**

**Date of Report:** March 11, 2009

**HEART:** Sections of both ventricles are examined. There are increased quantities of epicardial fat. The myocardium of the left ventricle is hypertrophied with abundant eosinophilic cytoplasm and enlarged nuclei. There is an increase in interstitial fibrosis, primarily surrounding penetrating arterials. There are no significant ischemic or inflammatory changes. The myocardium of the right ventricle is unremarkable. The endocardial surfaces are unremarkable.

**LEFT MAIN BRONCHUS:** The mucosal surface consists of respiratory epithelium with focal autolysis. The submucosa and submucosal glands are unremarkable without significant inflammation. The muscle and cartilage are unremarkable.

**LUNGS:** Sections of both lungs are examined. The overall architecture of the lungs is unremarkable. There is slight to moderate hyperexpansion of distal pulmonary segments. The pleural surfaces are unremarkable. There is vascular congestion of the otherwise unremarkable pulmonary vessels. Bronchi are unremarkable. Alveolar walls are thin, and alveoli are free of significant inflammation. Alveoli contain variable quantities of an amorphous faintly eosinophilic material.

**LIVER:** The liver capsule is unremarkable. Hepatocytes contain a foamy cytoplasm with rare (less than 1%) clear cytoplasmic vacuoles. There are no significant cellular inclusions or cellular necrosis. Portal areas contain slightly increased numbers of mononuclear inflammatory cells, but are not enlarged and do not have increased fibrosis. There is vascular congestion of the otherwise unremarkable hepatic sinusoids.

**KIDNEY:** The overall architecture of the kidney is unremarkable. There are rare sclerotic glomeruli. Remaining glomeruli appear unremarkable without significant increased cellularity. Tubules are unremarkable. There is vascular congestion.

**BRAIN:** Sections of the cerebral cortex, hippocampus, cerebellum and brainstem are examined. The arachnoid membranes are unremarkable without significant hemorrhage or inflammation. There is normal layering of the cerebral cortex without ischemic, inflammatory or neoplastic changes. The overall architecture of the hippocampus is unremarkable, and there is no significant ischemic change. The overall architecture of the cerebellum is unremarkable. Purkinje and granular cell layers are present without significant ischemic change. A section through the midbrain reveals a normal distribution of white matter tracks and deep nuclei without significant ischemic, inflammatory or neoplastic changes. The substantial nigra is appropriately pigmented. The ventricular system is lined by simple epithelium and appears unremarkable.

*\*\*Electronically signed by Bruce P. Levy, M.D. on Wednesday, February 17, 2010\*\**



**AEGIS**

SCIENCES CORPORATION

515 Great Circle Road Nashville, TN 37228

Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| Client: | 225 - Forensic Medical | Case ID: | 09-0201 |
|---|---|---|---|
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** 4391261 | |
| | Forensic Medical | Collected: | 02/04/09 00:00 |
| | 850 RS Gass Blvd | Received: | 02/05/09 13:46 |
| | Nashville, TN 37216 | Completed: | 03/14/09 09:12 |
| | | Reported: | 03/14/09 09:36 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Femoral Blood | | |

*Henley, Steve*

Test(s) Ordered:    40599 - Profile-ME Comprehensive
70524 - Confirmation Barbiturates
70531 - Confirmation Benzodiazepines
71071 - Confirm Blood Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Thiopental (Pentothal) | POSITIVE | | |
| **Thiopental** | **POSITIVE** | 8310 ng/mL | 1 ng/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 10 mcg/mL |
| Amphetamines | NONE DETECTED | | 50 ng/mL |
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Verapamil | POSITIVE | | |
| **Verapamil** | **POSITIVE** | 70 ng/mL | 50 ng/mL |
| Barbiturates | NONE DETECTED | | 200 ng/mL |
| Meprobamate | NONE DETECTED | | 1250 ng/mL |
| Methadone | NONE DETECTED | | |
| Benzodiazepines | NONE DETECTED | | 25 ng/mL |
| Cannabinoids (Marijuana) | NONE DETECTED | | 1 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 10 ng/mL |
| Opiates | NONE DETECTED | | |
| Meperidine | NONE DETECTED | | 100 ng/mL |
| Fentanyl Analogues | NONE DETECTED | | |
| Propoxyphene | NONE DETECTED | | 100 ng/mL |
| Fentanyl Group | NONE DETECTED | | |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

TRAVIS E. CURTIS. M.S.

**MAR 1 4 2009**

Page 1 of 2



# AEGIS
### SCIENCES CORPORATION
**515 Great Circle Road Nashville, TN 37228**
**Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com**

| | | | |
|---|---|---|---|
| Client: | 225 - Forensic Medical | Case ID: | 09-0201 |
| Report To: | Dr. Bruce Levy | Laboratory ID: 4391261 | |
| | Forensic Medical | Collected: | 02/04/09 00:00 |
| | 850 RS Gass Blvd | Received: | 02/05/09 13:46 |
| | Nashville, TN 37216 | Completed: | 02/08/10 09:09 |
| | | Reported: | 02/08/10 09:32 |
| Reason: | Post-mortem | | |
| Specimen Type: | Femoral Blood | | |

---

**Test(s) Ordered:**

40599 - Profile-ME Comprehensive
70524 - Confirmation Barbiturates
70531 - Confirmation Benzodiazepines
71071 - Confirm Blood Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

---

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Fentanyl Group | NONE DETECTED | | 1 ng/mL |
| Pentazocine | NONE DETECTED | | 100 ng/mL |
| Phenothiazines | NONE DETECTED | | 1 ng/mL |
| Salicylate | NONE DETECTED | | 50 mg/L |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |

Pancuronium: Analysis by LC/TOFMS - POSITIVE - 1600 ng/mL
Amended Report

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

PAIGE LONG

FEB 1 0 2010

----- END OF REPORT -----

Case 3:10-cv-01016   Document 1-4   Filed 10/28/10   Page 11 of 20 PageID #: 326



**AEGIS**

SCIENCES CORPORATION

515 Great Circle Road Nashville, TN 37228

Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| Client: | 225 - Forensic Medical | Case ID: | 09-0201 |
|---|---|---|---|
| Report To: | Dr. Bruce Levy | Laboratory ID: 4391261 | |
| | Forensic Medical | Collected: | 02/04/09 00:00 |
| | 850 RS Gass Blvd | Received: | 02/05/09 13:46 |
| | Nashville, TN 37216 | Completed: | 03/14/09 09:12 |
| | | Reported: | 03/14/09 09:36 |
| Reason: | Post-mortem | | |
| Specimen Type: | Femoral Blood | | |

Test(s) Ordered:
40599 - Profile-ME Comprehensive
70524 - Confirmation Barbiturates
70531 - Confirmation Benzodiazepines
71071 - Confirm Blood Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Pentazocine | NONE DETECTED | | 100 ng/mL |
| Phenothiazines | NONE DETECTED | | 1 ng/mL |
| Salicylate | NONE DETECTED | | 50 mg/L |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:                              TRAVIS E. C URTIS. M. S.
Date:

**MAR 1 4 2009**

- - - - -     END OF REPORT     - - - - -

Page 2 of 2

Case 3:10-cv-01016   Document 1-4   Filed 10/28/10   Page 12 of 20 PageID #: 327



# AEGIS
## SCIENCES CORPORATION
515 Great Circle Road Nashville, TN 37228
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391262 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN 37216 | **Completed:** | 02/05/09 13:48 |
| | | **Reported:** | 03/14/09 09:36 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Heart Blood | | |

**Test(s) Ordered:** 49999 - Sample Received

| **Drug Class** | **Result** | **Quantitation** | **Reporting Threshold** |
|---|---|---|---|

Testing not requested or indicated.

Testing not requested or indicated.

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:                              TRAVIS E. CURTIS, M.S.
Date:

----- END OF REPORT -----

MAR 14 2009

Page 1 of 1



# AEGIS
## SCIENCES CORPORATION
515 Great Circle Road Nashville, TN 37228
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| Client: | 225 - Forensic Medical | Case ID: | 09-0201 |
| Report To: | Dr. Bruce Levy | Laboratory ID: 4391263 | |
| | Forensic Medical | Collected: | 02/04/09 00:00 |
| | 850 RS Gass Blvd | Received: | 02/05/09 13:48 |
| | Nashville, TN 37216 | Completed: | 03/14/09 09:05 |
| | | Reported: | 03/14/09 09:36 |
| Reason: | Post-mortem | | |
| Specimen Type: | Urine | | |

**Test(s) Ordered:**
40569 - Profile-ME Comprehensive Urine
70540 - Confirmation Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Thiopental (Pentothal) | POSITIVE | | |
|   Thiopental | POSITIVE | 1810 ng/mL | 1 ng/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 1 mcg/mL |
| Amphetamines | NONE DETECTED | | 100 ng/mL |
| Barbiturates | NONE DETECTED | | 200 ng/mL |
| Verapamil | POSITIVE | | |
|   Verapamil | POSITIVE | 250 ng/mL | 50 ng/mL |
| Benzodiazepines | NONE DETECTED | | 100 ng/mL |
| Cannabinoids (Marijuana) | POSITIVE | | |
|   Carboxy-THC | POSITIVE | 39 ng/mL | 5 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 50 ng/mL |
| Opiates | NONE DETECTED | | |
| Phencyclidine (PCP) | NONE DETECTED | | 10 ng/mL |
| Phenothiazines | NONE DETECTED | | 5 ng/mL |
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Synthetic Narcotics | NONE DETECTED | | 100 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

TRAVIS E. C URTIS. M. S.

MAR 1 4 2009

Case 3:10-cv-01016   Document 1-4   Filed 10/28/10   Page 14 of 20 PageID #: 329



# AEGIS

## SCIENCES CORPORATION
### 515 Great Circle Road Nashville, TN 37228
### Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391263 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN 37216 | **Completed:** | 08/12/09 13:33 |
| | | **Reported:** | 08/13/09 13:00 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Urine | | |

**Test(s) Ordered:**    40569 - Profile-ME Comprehensive Urine
70540 - Confirmation Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| **Drug Class** | **Result** | **Quantitation** | **Reporting Threshold** |
|---|---|---|---|
| Salicylate | NONE DETECTED | | 1 mg/L |
| Sedatives/Hypnotics | NONE DETECTED | | 1250 ng/mL |
| Methadone | NONE DETECTED | | |

Carboxy-THC results verified by repeat analysis.

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

PAIGE LONG

----- END OF REPORT -----

AUG 2 0 2009

Page 2 of 2



# AEGIS
## SCIENCES CORPORATION
### 515 Great Circle Road Nashville, TN 37228
### Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391263 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN 37216 | **Completed:** | 12/15/09 10:56 |
| | | **Reported:** | 12/15/09 11:03 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Urine | | |

*Henley, Steve*

**Test(s) Ordered:**   40569 – Profile-ME Comprehensive Urine
70540 - Confirmation Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Thiopental (Pentothal) | POSITIVE | | |
|   Pentobarbital | NONE DETECTED | | 100 ng/mL |
|   **Thiopental** | **POSITIVE** | 1810 ng/mL | 1 ng/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 1 mcg/mL |
| Amphetamines | NONE DETECTED | | 100 ng/mL |
| Barbiturates | NONE DETECTED | | 200 ng/mL |
| Verapamil | POSITIVE | | |
|   **Verapamil** | **POSITIVE** | 250 ng/mL | 50 ng/mL |
| Benzodiazepines | NONE DETECTED | | 100 ng/mL |
| **Cannabinoids (Marijuana)** | **POSITIVE** | | |
|   **Carboxy-THC** | **POSITIVE** | 39 ng/mL | 5 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 50 ng/mL |
| Opiates | NONE DETECTED | | 50 ng/mL |
| Phencyclidine (PCP) | NONE DETECTED | | 10 ng/mL |
| Phenothiazines | NONE DETECTED | | 5 ng/mL |
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Synthetic Narcotics | NONE DETECTED | | 100 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

PAIGE LONG

DEC 16 2009

Case 3:10-cv-01016   Document 1-4   Filed 10/28/10   Page 16 of 20 PageID #: 331



# AEGIS

## SCIENCES CORPORATION
### 515 Great Circle Road Nashville, TN 37228
### Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| Client: | 225 - Forensic Medical | Case ID: | 09-0201 |
| Report To: | Dr. Bruce Levy | Laboratory ID: | 4391263 |
| | Forensic Medical | Collected: | 02/04/09 00:00 |
| | 850 RS Gass Blvd | Received: | 02/05/09 13:48 |
| | Nashville, TN 37216 | Completed: | 12/15/09 10:56 |
| | | Reported: | 12/15/09 11:03 |
| Reason: | Post-mortem | | |
| Specimen Type: | Urine | | |

Test(s) Ordered:  40569 - Profile-ME Comprehensive Urine
70540 - Confirmation Cannabinoids
02195 - Verapamil
42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |
| Salicylate | NONE DETECTED | | 1 mg/L |
| Sedatives/Hypnotics | NONE DETECTED | | 1250 ng/mL |
| Methadone | NONE DETECTED | | 50 ng/mL |

Carboxy-THC results verified by repeat analysis.
Amended Report
Pancuronium: Analysis by LC/TOF - POSITIVE - 22 ng/mL

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

PAIGE LONG

DEC 16 2009

----- END OF REPORT -----

Page 2 of 2



## SCIENCES CORPORATION
### 515 Great Circle Road Nashville, TN 37228
### Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391264 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN 37216 | **Completed:** | 12/15/09 10:59 |
| | | **Reported:** | 12/15/09 11:03 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Bile | | |

**Test(s) Ordered:**        41071 - Blood Cannabinoids

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Cannabinoids (Marijuana) | CANCELED | | |
| Carboxy-THC | CANCELED | | 5 ng/mL |
| THC | CANCELED | | 1 ng/mL |

Unable to obtain acceptable results for THC confirmation due to sample matrix problems.

Amended Report

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

PAIGE LONG

- - - - -        END OF REPORT        - - - - -

DEC 16 2009

Page 1 of 1



# AEGIS
## SCIENCES CORPORATION
**515 Great Circle Road Nashville, TN 37228**
**Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com**

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391264 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN  37216 | **Completed:** | 02/05/09 13:49 |
| | | **Reported:** | 03/14/09 09:36 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Bile | | |

**Test(s) Ordered:**          49999 - Sample Received

| **Drug Class** | **Result** | **Quantitation** | **Reporting Threshold** |
|---|---|---|---|

Testing not requested or indicated.

Testing not requested or indicated.

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

TRAVIS E. CURTIS. M.S.

Certified by:
Date:

- - - - -     END OF REPORT     - - - - -

**MAR 1 4 2009**                    Page 1 of 1



## AEGIS
SCIENCES CORPORATION
515 Great Circle Road Nashville, TN 37228
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 09-0201 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4391265 |
| | Forensic Medical | **Collected:** | 02/04/09 00:00 |
| | 850 RS Gass Blvd | **Received:** | 02/05/09 13:48 |
| | Nashville, TN 37216 | **Completed:** | 02/13/09 14:22 |
| | | **Reported:** | 03/14/09 09:36 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Vitreous | | |

**Test(s) Ordered:** 42197 - Vitreous Electrolyte Profile

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Vitreous Electrolyte Profile | POSITIVE | | |
| Glucose | POSITIVE | 23 mg/dL | 20 mg/dL |
| Blood Urea Nitrogen(BUN) | POSITIVE | 7 mg/dL | 1 mg/dL |
| Sodium(Na) | POSITIVE | 146 mmol/L | 1 mmol/L |
| Potassium(K) | POSITIVE | 6 mmol/L | 1 mmol/L |
| Chloride(Cl) | POSITIVE | 120 mmol/L | 1 mmol/L |
| Carbon Dioxide(CO2) | POSITIVE | 13 mmol/L | 1 mmol/L |
| Creatinine | POSITIVE | 1.1 mg/dL | 0.1 mg/dL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

TRAVIS E. C URTIS. M. S.

**MAR 1 4 2009**    - - - - -    END OF REPORT    - - - - -

Page 1 of 1