# Attachment Y

## to
## Stephen West Complaint

# Robert Coe Autopsy Report

## TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
### OFFICE OF THE MEDICAL EXAMINER
84 HERMITAGE AVENUE; NASHVILLE, TN 37210-2110
(615) 862-8940

State # ~ WARDEN Ball
State # — Ann Campbell
County # 00-0956

8/72/07

### REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

DEDENT: Robert G Coe   RACE: White   SEX: Male   AGE: 44 Years

HOME ADDRESS: Riverbend Maximum Security 7475 Cockrill Bend Road; Nashville TN   MARITAL STATUS: Single

OCCUPATION: Prisoner   SS#:   DATE OF BIRTH: ▮▮▮▮1956

TYPE OF DEATH: Violent ( )  Casualty ( )  Suicide ( )  Suddenly when in apparent health ( )
   Found Dead ( )  In Prison (•)  Suspicious, unusual or unnatural ( )  Cremation ( )
   Motor Vehicle Accident ( )  Check One Driver ( )  Passenger ( )  Pedestrian ( )  Unknown ( )
   COMMENT: Death by lethal injection

AGENCY INVESTIGATOR AND COMPLAINT #: MEO

DESCRIPTION OF BODY: Clothed (•)   Unclothed ( )   Partly Clothed ( )  Circumcised? ( )
   Eyes: Brown   Hair: Gray   Mustache: Yes   Beard: Yes
   Weight: 179.5 (Lbs.)   Length: 69 (In.)   Body Temp: Warm to cool
   Rigor? (•)   Lysed? ( )   Livor Color Purple   Fixed? ( )

## Marks & Wounds



Eight linear scars of right side of neck, 1" to 3" each

2" linear scar of right lower abdomen

1" by ¼" scar of left calf

No visible injuries



| Probable Cause of Death | Manner Of Death | Disposition Of Case |
|---|---|---|
| Acute intoxication by the combined effects of pentothal, pavulon and potassium | Accident ( )   Homicide (•)<br>Suicide ( )   Natural ( )<br>Could Not Be Determined ( )<br>Pending Investigation ( )<br><br>Cremation Approved ( ) | Medical Examiner Jurisdiction Refused ( )<br>Autopsy Ordered (•)<br>Toxicology (•)   **0567**<br><br>Responsible For Death Certificate:<br>   Medical Examiner(•) Bruce P. Levy, M.D.<br>   Other MD ( )<br><br>Funeral Home: Pettus-Owen-Wood FH |

I by declare that after receiving notice of death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Section 38-7-101-117 Tennessee Code Annotated and that the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

April 19, 2000          DAVIDSON
   Date             County of Appointment        13-1   Signature of County Medical Examiner

01

Personal History:  Suicide Attempts (_)  Suicide Threats (_)  Hobbies, aptitude and skills with firearms, chemicals, etc. (_)
Domestic, premarital or marital conflicts (_)  Financial or business reverses (_)  Social or religious conflicts (_)  Legal Difficulties (_)
Criminal Record (_)  Unemployment (_)  Fear of disease (_)
Other (Specify):

Conduct Before Death: Efforts to prevent help (_)  Efforts to obtain help (_)  Suicide attempt:  Admitted (_)  Denied (_)  Refused to
     _) Written declaration of intended suicide (_)  Accusations against others (_)
     _r (Specify):

|  | Last Seen Alive | Injury or Illness | Death | Discovery | Medical Examiner Notified | View of Body | Police Notified |
|---|---|---|---|---|---|---|---|
| Date |  | 04/19/2000 | 04/19/2000 |  | 04/19/2000 | 04/19/2000 |  |
| Time |  | 01:20 | 01:37 |  | 00:00 | 01:45:00 |  |

|  | Location | City or County | Type of Premises (hospital, hotel, highway, etc.) |
|---|---|---|---|
| Injury or onset of illness | Riverbend Maximum Security | Nashville | Prison |
| Death | Riverbend Maximum Security | Nashville | Prison |
| Viewing of body by Medical Examiner | Riverbend Maximum Security | Nashville | Prison |

## MEDICAL ATTENTION AND HOSPITAL, INSTITUTIONAL CARE OR HOME HEALTH CARE

| Name of Physician or Institution | Address | Diagnoses | Dates |
|---|---|---|---|
|  |  |  |  |

## (  ) IRCUMSTANCES OF DEATH

|  | Name | Address |
|---|---|---|
| Found Dead By |  |  |
| Last Seen Alive By |  |  |
| Witness to Injury or Illness | Ricky J. Bell, Warden | Riverbend Maximum Security; 7475 Cockrill Bend Road Nashville  TN  37243- |
| Witness to Death | Dr. Frank Thomas |  |
| Next of Kin | Billie Mayberry (Sister) | ▇▇▇▇▇▇▇ Trezevant TN 38258- ▇▇▇▇▇▇ |

## (36) NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH

The decedent is a 44 y.o. W/M who executed by lethal injection on this date. A body examination was performed and documentation made with photography. The body was transported to the Forensic Science Center for further examination by the medical examiner and disposition to the funeral home.

Frances M. Wheatley
04/19/2000

**0568**

EC # 00-0956    DECEDENT: Robert G Coe                     13-2

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
METROPOLITAN NASHVILLE DAVIDSON COUNTY
Office of Medical Examiner
Forensic Sciences Center
84 Hermitage Avenue
Nashville, Tennessee 37210-2110

**CASE: MEC00-0956**
**County: DAVIDSON**

## AUTOPSY REPORT

NAME OF DECEDENT:  COE, ROBERT GLEN        RACE:  W      SEX:  M      AGE:  44

HOME ADDRESS:  River Bend Maximum Security, Nashville TN

DATE AND TIME OF DEATH:        April 19, 2000 at 1:37 a.m.

DATE AND TIME OF AUTOPSY:     April 19, 2000 at 8:30 a.m.

COUNTY MEDICAL EXAMINER:     Bruce P. Levy, M.D.

ADDRESS: 84 Hermitage Avenue, Nashville, TN 37210-2110

DISTRICT ATTORNEY GENERAL:  Honorable Victor S. Johnson

ADDRESS:    Washington Square, Suite 500, 222 2nd Avenue North,
Nashville, TN  37201-1649.

---

## PATHOLOGIC DIAGNOSES

1.  Acute sodium pentothal, Pavulon (pancuronium bromide), and potassium chloride intoxication:

    a)    Pulmonary edema (1840 grams together).

2.  Atherosclerotic cardiovascular disease:

    a)    Coronary artery atherosclerosis, focally marked.
    b)    Aortic atherosclerosis, slight.

3.  Left pleural fibrous adhesions, focal.

4.  Status-post appendectomy, remote.

---

**0569**

13-3

03

| | |
|---|---|
| **CAUSE OF DEATH:** | Acute intoxication by the combined effects of pentothal, Pavulon and potassium. |
| **MANNER OF DEATH:** | Homicide. |
| **CIRCUMSTANCES OF DEATH:** | Judicial execution. |

**0570**

13-4

04

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 5 of 15 PageID #: 844

*I hereby certify that I, Bruce P. Levy, M.D. have performed an autopsy on the body of Robert Glen Coe on the 19th day of April, 2000 at 8:30 am in the Forensic Sciences Center of Davidson County. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health.*

## EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished white male, measuring 69 inches and weighing 179-1/2 pounds, whose appearance is consistent with the reported age of 44 years. Hair is gray with male pattern baldness, 1/2 inch in length. There is a mustache and full beard on the face. There is patchy blanching facial congestion. The irides are brown and the pupils are round. The sclerae are anicteric and the conjunctivae are pale without petechial hemorrhages. The ears, nose and mouth are unremarkable. There is blood-tinged liquid in the nasal and oral cavities. A full upper denture plate is in place. A partial lower denture plate is in place and lower natural teeth are in fair repair.

The anterior torso is symmetric with a protuberant soft abdomen. The posterior torso is unremarkable. The upper and lower extremities are symmetric and unremarkable. External genitalia are those of an uncircumcised male with descended testes.

Rigor mortis is moderate and symmetric. Livor mortis is purple in color, posterior in distribution, and blanching. The body is warm to cool to touch.

**THERAPEUTIC PROCEDURES:**    Intravenous catheters are inserted into superficial blood vessels of both antecubital fossae. Attached to the intravenous catheter on the right is intravenous tubing and a bag of 0.9% normal saline. Attached the intravenous catheter on the left is intravenous tubing, a bag of 0.9% normal saline and a 60 cc. syringe containing a label "7." There is an additional dermal puncture of the right antecubital fossa.

**SCARS:**    There are a series of eight linear scars on the right side of the neck, varying between 1 and 3 inch in length each. There is a 1 x 3/4 inch scar on the anterior/lateral aspect of the left calf. There is a 2 inch linear scar in the right lower quadrant of the abdomen. Subsequent examination revealed the absence of the vermiform appendix.

**TATTOOS:**    On the lateral aspect of the right upper arm is a monochromatic tattoo of a peace sign and "Robert Coe." On the lateral aspect of the left upper arm is a monochromatic tattoo of a sword. On the left upper portion of the back is a monochromatic tattoo "kiss off."

**INJURIES:**    None.

## INTERNAL EXAMINATION

**HEAD:**    The scalp is unremarkable without abrasions, contusions, or lacerations. The skull is intact without fractures. The meningeal coverings of the brain are intact without epidural, subdural, or subarachnoid hemorrhages.

The 1430 gram brain is symmetric with an unremarkable gyral pattern. The distribution of cranial nerves at the base of the brain is normal. The cerebral vessels are unremarkable and

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 6 of 15 PageID #: 845

normally distributed. Coronal sections through the cerebral hemispheres reveal a normal distribution of gray and white matter without focal lesions. The ventricles are of normal configuration and size. Horizontal sections through the cerebellum and brain stem reveal a normal distribution of gray and white matter without focal lesions.

**NECK:**  There are no hemorrhages into the musculature or soft tissues of the neck. The hyoid, larynx, and trachea are intact without obstructions. The base of the tongue is unremarkable. The cervical vertebrae are palpably intact.

**BODY CAVITIES:**  All organs are in their normal anatomic locations. The right pleural, pericardial, and peritoneal cavities are unremarkable. There are focal fibrous adhesions between the left pleura and the lower lobe of the left lung.

**CARDIOVASCULAR SYSTEM:**  The great vessels are normally distributed without thromboemboli. There are slight atherosclerotic deposits of the aorta.

The 390 gram heart has a smooth, glistening, intact epicardial surface. The right-dominant coronary arteries contain slight to focally marked atherosclerotic deposits. There is a maximal 90 percent occlusion of the left main and left anterior descending arteries. The remainder of the coronary arteries contain less than 50 percent occlusion. The myocardium is homogeneous red-brown without focal lesions. The left and right ventricles are 1.1 and 0.2 cm. in thickness at the lateral walls, respectively, and symmetric. The endocardial surfaces and four cardiac valves are unremarkable. The mitral and tricuspid valves measure 10.3 and 11.0 cm. in circumference, respectively.

**RESPIRATORY SYSTEM:**  The right and left lungs weigh 980 and 860 grams, respectively. The pleural surfaces are glistening and intact. The pulmonary arteries are free of thromboemboli. The bronchi contain frothy fluid, otherwise unremarkable. The parenchyma is pink to tan and fluffy with a moderate quantity of expressed frothy fluid. There are no focal lesions or consolidations.

**DIGESTIVE SYSTEM AND LIVER:**  The esophagus is unremarkable with a sharp gastroesophageal junction. The unremarkable stomach contains approximately 400 ml of tan liquids and fragments of partially digested food including identifiable potato. The duodenum, small intestines and large intestines are unremarkable. The vermiform appendix is absent.

The 2340 gram liver has a smooth, intact capsule. The parenchyma is red-brown, congested and soft without focal lesions. The unremarkable gallbladder contains approximately 10 ml. of bile. The extrahepatic bile ducts are patent and unremarkable. The pancreas is unremarkable.

**RETICULOENDOTHELIAL SYSTEM:**  The 190 gram spleen is unremarkable. There is a normal distribution of unremarkable lymph nodes.

**GENITOURINARY SYSTEM:**  The kidneys weigh 180 grams each. The subcapsular surfaces are smooth. The cortices are of normal thickness with sharp corticomedullary junctions. The calices, pelves, and ureters are patent and unremarkable. The unremarkable urinary bladder contains approximately 120 ml of urine.

The testes, prostate gland and seminal vesicles are unremarkable.

**ENDOCRINE SYSTEM:**  The pituitary, thyroid, parathyroid and adrenal glands are

0572

19=6

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 7 of 15 PageID #: 846

unremarkable.

**MUSCULOSKELETAL SYSTEM:**    The musculoskeletal system is intact and unremarkable.

**TOXICOLOGY:**        The following specimens are submitted for possible toxicologic analysis: blood, bile, urine and vitreous humor.  A separate report will be issued.

**HISTOLOGY:** The following specimens are submitted for histologic examination: left anterior descending coronary artery, heart, left bronchus, lungs, liver, spleen, kidney, pituitary gland, thyroid gland, adrenal gland and brain.  A separate report will be issued.

### SUMMARY OF CASE

This 44 year old male underwent a judicial execution by lethal injection.

At autopsy, there were no visible external or internal injuries.  Gross examination revealed moderate pulmonary edema and focally marked atherosclerosis of the coronary arteries. Specimens were obtained for toxicology and histology studies.

Histology confirmed the gross pathologic findings.  Blood levels of thiopental (sodium pentothal) and its metabolite pentobarbital are both within normal therapeutic concentrations.  Blood levels of pancuronium (Pavulon) are well above the levels indicated for medical use.

In my opinion, this person died as a result of an acute combined intoxication by pentothal, Pavulon and potassium.  The manner of death is homicide (judicial execution).

Signature _____          Date ___8/10/00_____
Bruce P. Levy, M.D.
Chief Medical Examiner

BPL/lss
T: 04/20/00

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 8 of 15 PageID #: 847

OFFICE OF THE MEDICAL EXAMINER
FORENSIC MEDICAL

## REPORT OF MICROSCOPICAL EXAMINATION

**Name of Deceased:**  COE, ROBERT GLEN                    MEC00-0956

**Date of Report:**    June 5, 2000

**Left anterior coronary artery:**    There are complex atherosclerotic plaques with approximately 90 percent narrowing of the lumen. No thrombotic material is present in the lumen.

**Heart:**   The epicardial surfaces are unremarkable. The myocardium shows slight reversible ischemic changes with hypereosinophilia of the cytoplasm and occasional wavy fiber forms. No significant inflammation or myocardial necrosis is identified. The endocardial surfaces are unremarkable.

**Left bronchus:**    Unremarkable.

**Lungs:**    There is vascular congestion in dependent segments. The pulmonary vasculature is otherwise unremarkable. The bronchi are unremarkable. Alveoli show variably atelectatic and hyper expanded segments with scattered large dilated airspaces. Alveolar walls are thin and delicate without significant inflammation. Alveoli contain numerous macrophages with golden-brown granular cytoplasmic deposits.

**Liver:** Hepatocytes contain a granular amphophilic cytoplasm with scattered clear cytoplasmic vacuoles and scattered golden-brown granular cytoplasmic deposits. Portal areas are unremarkable. There is slight vascular congestion of the hepatic sinusoids, otherwise unremarkable.

**Spleen:**    Red and white pulp are unremarkable. White pulp follicles contain rare active germinal centers.

**Kidney:**   Glomeruli and tubules are unremarkable. There is vascular congestion.

**Pituitary gland:**    Unremarkable.

**Thyroid gland:**    Unremarkable.

**Adrenal gland:**    Unremarkable.

**Brain:** Sections of the cerebral cortex, hippocampus, cerebellum and brainstem are unremarkable. There are no ischemic, inflammatory or neoplastic changes.

BRUCE P. LEVY, M.D.

0574

13-8

08



**AEGIS**
ANALYTICAL LABORATORIES,INC.
345 HILL AVENUE, NASHVILLE, TN 37210
Telephone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

DATE COLLECTED: 04/19/00      Page 1 of 1
DATE RECEIVED : 04/19/00  11:53
DATE REPORTED : 07/14/00  10:47

CLIENT #      : 00-0956
AEGIS #       : 278285
INSTITUTION   : Dr. Bruce Levy
                Forensic Medical
                84 Hermitage AVe
                Nashville, TN 37210

---

### (42197) VITREOUS ELECTROLYTE PANEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen submitted was analyzed for the seven analytes listed below.
Conventional clinical chemistry and/or microelctrode analytical methods
were applied in performing these analyses.  Specimen will be retained for
366 days after the date of this report.

Glucose
BUN
Sodium
Potassium
Chloride
CO2
Creatinine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROFILE RESULTS

REASON FOR TEST:    Post Mortem

SPECIMEN:    Vitreous

TEST RESULTS:    POSITIVE

Glucose:  34 mg/dL

Blood Urea Nitrogen(BUN):  10 mg/dL

Sodium(Na):  160 mmol/L

Potassium(K):  9 mmol/L

Chloride(Cl):  92 mmol/L

Carbon Dioxide:    Unable to obtain a valid
                   result.

Creatinine:  1.3 mg/dl

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

0575

09



ANALYTICAL LABORATORIES,INC.

345 HILL AVENUE, NASHVILLE, TN 37210
Telelphone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

DATE COLLECTED :04/19/00          Page 1 of 1
DATE RECEIVED  :04/19/00 11:53
DATE REPORTED  :04/25/00 14:46

CLIENT#      :00-0956
AEGIS#       :278282
INSTITUTION  :Dr. Bruce Levy
             Forensic Medical
             84 Hermitage AVe
             Nashville, TN 37210

(40569) PROFILE - ME 9

*****************************************************************************

Specimen was analyzed for the following drugs:

DRUG

Acetaminophen
Amphetamines
Barbiturates/Sedative Hypnotics
Benzodiazepines
Cannabinoids (Urine only)
Cocaine

DRUG

Opiates and Synthetic Narcotics
Phencyclidine (PCP)
Phenothiazines
Salicylate
Tricyclics

positive drug results are reported only after confirmation by Gas
Chromatography/Mass Spectrometry (GC/MS) or a Forensically acceptable
alternative method of analysis.

*****************************************************************************

PROFILE RESULTS

REASON FOR TEST:   Post Mortem

SPECIMEN:   Urine

TEST RESULTS:   NO DRUGS DETECTED

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

0576

10

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 11 of 15 PageID #: 850

# AEGIS
### ANALYTICAL LABORATORIES, INC.

345 HILL AVENUE, NASHVILLE, TN 37210
Telelphone: (615) 255-2400 ▪ Facsimilie: (615) 255-3030

**David L. Black, Ph.D., DABFT, DABCC**
**Director of Laboratories**

DATE COLLECTED : 04/19/00          Page 1 of 4
DATE RECEIVED  : 04/19/00 11:53
DATE REPORTED  : 08/04/00 16:45

CLIENT #      : 00-0956
AEGIS #       : 278283
INSTITUTION   : Dr. Bruce Levy
                Forensic Medical .
                84 Hermitage Ave
                Nashville, TN 37210

## (00420) GC/MS BARBITURATES (ZT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen submitted for confirmation was analyzed for Amobarbital, Butalbital
Butabarbital, Pentobarbital, Secobarbital, and Phenobarbital using Gas
Chromatography/Mass Spectrometry with a reporting threshold of 100 ng/mL.
A positive report is issued after comparison to known standard reference
material and matching retention time and fragmentation data. Positive
specimens will be retained frozen for 366 days following the date of this
report.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROFILE RESULTS

REASON FOR TEST:   Post Mortem

SPECIMEN:   Blood

TEST RESULTS:   POSITIVE

Pentobarbital:   1090 ng/mL

**David L. Black, Ph.D., DABFT, DABCC**
**Director of Laboratories**

13=11

**0577**

11



345 HILL AVENUE, NASHVILLE, TN 37210
Telelphone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

**David L. Black, Ph.D., DABFT, DABCC**
**Director of Laboratories**

DATE COLLECTED : 04/19/00　　　　Page 2　of　4
DATE RECEIVED　: 04/19/00 11:53
DATE REPORTED　: 08/04/00 16:45

CLIENT #　　　　: 00-0956
AEGIS #　　　　 : 278283
INSTITUTION　　: Dr. Bruce Levy
　　　　　　　　　 Forensic Medical
　　　　　　　　　 84 Hermitage AVe
　　　　　　　　　 Nashville, TN 37210

---

### (40250) ETHANOL/VOLATILES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen was analyzed for Ethyl Alcohol, Methyl Alcohol, Isopropyl
Alcohol, and Acetone using Gas Chromatography. A positive report
is issued after comparison to know standard reference material and
matching retention time data. Positive specimens will be retained
frozen for 366 days following the date of this report.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROFILE RESULTS

REASON FOR TEST:　Post Mortem

SPECIMEN:　Blood

TEST RESULTS:　NO DRUGS DETECTED

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

**0578**

12

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 13 of 15 PageID #: 852



ANALYTICAL LABORATORIES, INC.

345 HILL AVENUE, NASHVILLE, TN 37210
Telelphone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

| DATE COLLECTED : | 04/19/00 | Page 4 of 4 |
| DATE RECEIVED : | 04/19/00 11:53 | |
| DATE REPORTED : | 08/04/00 16:45 | |

CLIENT #      : 00-0956
AEGIS #       : 278283
INSTITUTION   : Dr. Bruce Levy
                Forensic Medical
                84 Hermitage Ave
                Nashville, TN 37210

(42090) THIOPENTAL (PENTOTHAL)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen was analyzed for thiopental (Pentothal) by Gas Chromatography/
Mass Spectrometry (GC/MS) techniques.  A positive report is issued after
comparison to known standard reference material and matching retention
time and fragmentation data. Positive specimens will be retained frozen
for 366 days following the date of this report.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROFILE RESULTS

REASON FOR TEST:    Post Mortem

SPECIMEN:    Blood

TEST RESULTS:    POSITIVE

Thiopental:    10200 ng/mL

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

0579

13

Case 3:10-cv-01016   Document 1-35   Filed 10/28/10   Page 14 of 15 PageID #: 853

# AEGIS
### ANALYTICAL LABORATORIES, INC.
345 HILL AVENUE, NASHVILLE, TN 37210
Telelphone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

DATE COLLECTED: 04/19/00          Page 3  of  4
DATE RECEIVED : 04/19/00 11:53
DATE REPORTED : 08/04/00 16:45

CLIENT #      : 00-0956
AEGIS #       : 278283
INSTITUTION   : Dr. Bruce Levy
                Forensic Medical
                84 Hermitage Ave
                Nashville, TN 37210

## (41787) PANCURONIUM (PAVULON)

Specimen was analyzed for pancuronium (Pavulon) by Gas Chromatography/
Mass Spectrometry (GC/MS) techniques. A positive report is issued after
comparison to known standard reference material and matching retention
time and fragmentation data. Positive specimens will be retained frozen
for 366 days following the date of this report.

### PROFILE RESULTS

REASON FOR TEST:  Post Mortem

SPECIMEN:  Blood

TEST RESULTS:  POSITIVE

Pancuronium:  4700 ng/mL

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

**0580**

14

Case 3:10-cv-01016  Document 1-35  Filed 10/28/10  Page 15 of 15 PageID #: 854