# Attachment Z

to
Stephen West Complaint

# Philip Workman Autopsy Report

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF THE MEDICAL EXAMINER
850 R.S. Gass Blvd., Nashville TN 37216-2640
(615) 743-1800
REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

MEC 07-1561
State Number: 07-19-1041

**DECEDENT:** Philip Workman
**RACE:** White   **SEX:** Male   **AGE:** 56 Years   **MARITAL STATUS:**
**HOME ADDRESS:** 7475 Cockrill Bend Boulevard TDOC ; Nashville , TN

**OCCUPATION:** inmate   **DATE OF BIRTH:** 01/01/53

**TYPE OF DEATH:**
☐ Apparent Natural/Unattended
☐ Casualty
☐ Homicide/Suspected Homicide
☒ In Prison
☐ Motor Vehicle
☐ Other
☐ Suddenly when in apparent health
☐ Suicide

Cremation: N

**COMMENT:** Lethal Injection.
**AGENCY INVESTIGATOR AND COMPLAINT #:** TN Dept. of Corrections

**DESCRIPTION OF BODY:** ☐ Clothed   ☐ Unclothed   ☐ Partly Clothed   Circumcised?
Eyes:  Hair:  Mustache:  Beard:
Weight: (Lbs.)  Length: (In.)  Body Temp:
Rigor?  Livor Color:  Fixed?

## Marks & Wounds

CERTIFIED COPY
I hereby certify that this is a true and correct copy of the medical examiner's report on file at the Office of the State Medical Examiner, Nashville TN.
By a. Standley  Date 4/16/08

| **Probable Cause of Death** | **Manner of Death** | | **Disposition Of Case** |
|---|---|---|---|
| Acute intoxication by the combined effects of pentothal, pavulon and potassium | ☐ Accident<br>☒ Homicide<br>☐ Suicide<br><br>Cremation Approved: N | ☐ Natural<br>☐ Could Not Be Determined<br>☐ Pending Investigation | Medical Examiner Jurisdiction: Accepted<br>Autopsy Ordered: Autopsy<br>Toxicology: Y<br>Responsible for Death Certificate:<br>☒ Medical Examiner<br>☐ Other Physician<br><br>Funeral Home: Eastland Funeral Home |

I hereby declare that after receiving notice of death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Section 38-7-101-117 Tennessee Code Annotated and that the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

October 24, 2007   **Davidson**
Date   County of Appointment   Signature of County Medical Examiner

01

ME Report Form for MEC07-1551 Philip Workman Page 2

|  | Last Seen Alive | Injury or Illness | Death | Discovery | Medical Examiner Notified | View of Body | Police Notified |
|---|---|---|---|---|---|---|---|
| Date | 05/09/2007 | 05/09/2007 | 05/09/2007 |  | 05/09/2007 |  |  |
| Time | 01:30 AM | 01:21 AM | 01:38 AM |  | 01:40 AM |  |  |

|  | Location | City or County | Type of Premises (hospital, hotel, highway, etc.) |
|---|---|---|---|
| Injury or onset of illness | 7475 Cockrill Bend Boulevard | Nashville, TN | Prison |
| Death | 7475 Cockrill Bend Boulevard | Nashville | Prison |
| Viewing of body by Medical Examiner |  |  |  |

MEDICAL ATTENTION AND HOSPITAL, INSTITUTIONAL CARE OR HOME HEALTH CARE

| Name of Physician or Institution | Address | Diagnoses | Dates |
|---|---|---|---|
|  |  |  |  |

(35) CIRCUMSTANCES OF DEATH

|  | Name | Address |
|---|---|---|
| Found Dead By |  |  |
| Last Seen Alive By | Warden Ricky Bell | 7475 Cockrill Bend Boulevard ; Nashville, TN 37209 |
| Witness to Injury or Illness | Warden Ricky Bell | 7475 Cockrill Bend Boulevard ; Nashville, TN 37209 |
| Witness to Death | Dr. Frank Thomas |  |
| Next of Kin | Terry Workman | 368 Pleasure Ridge Road ; Cadiz, KY 42211 |

(36) NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH
Reportedly this 53 y.o. W/M was an inmate with the Tennessee Department of Corrections who had his death sentence carried out on this date and death was pronounced at the site at 01:38. The body was photographed on the execution table in the execution chamber prior to removal of the body by Correctional Officer's and Middle Tennessee Removal Service personnel Chris Moss. The body was next placed in the transport van and escorted by Tennessee Highway Patrol Officer's to the Center for Forensic Medicine for an examination by the medical examiner. Lance V. Long  05/09/2007

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF THE STATE MEDICAL EXAMINER
Center for Forensic Medicine
850 R.S. Gass Blvd.
Nashville, Tennessee 37216-2640

**CASE:** MEC07-1561
**County:** DAVIDSON

## AUTOPSY REPORT

**NAME OF DECEDENT:** WORKMAN, PHILLIP  **RACE:** W  **SEX:** M  **AGE:** 56

**HOME ADDRESS:** TDOC, Nashville TN

**DATE AND TIME OF DEATH:** May 9, 2007 at 1:38 a.m.

**DATE AND TIME OF AUTOPSY:** May 19, 2007 at 8:00 a.m.

**COUNTY MEDICAL EXAMINER:** Bruce P. Levy, M.D.

    **ADDRESS:** 850 R.S. Gass Blvd., Nashville, TN 37216-2640

**DISTRICT ATTORNEY GENERAL:** Honorable Victor S. Johnson

    **ADDRESS:** Washington Square, Suite 500, 222 2nd Avenue North, Nashville, TN 37201

---

### PATHOLOGIC DIAGNOSES

1. Lethal injection:

   a. Intravenous catheters placed in each antecubital fossa.
   b. Dermal punctures of both upper extremities.
   c. Toxicology positive for:

      1) Thiopental (18,900 ng/ml heart blood).
      2) Pentobarbital (615 ng/ml heart blood).
      3) Pancuronium (630 ng/ml heart blood).
      4) Potassium (>9 mmol/L vitreous).

---

| | |
|---|---|
| **CAUSE OF DEATH:** | Acute intoxication by the combined effects of pentothal, pavulon and potassium |
| **MANNER OF DEATH:** | Homicide |
| **CIRCUMSTANCES OF DEATH:** | Judicial execution by lethal injection |

03

I hereby certify that I, Bruce P. Levy, M.D. have performed an autopsy on the body of Philip Workman on the 19th day of May 2007 at 8:00 a.m. in the State of Tennessee Center for Forensic Medicine. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health.

## EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished white male, measuring 67 inches and weighing 207-1/2 pounds, whose appearance is consistent with the reported age of 53 years. The head hair is brown and gray in color with male pattern baldness, measuring a maximum of approximately 6 inches in length. There is a mustache and goatee on the clean-shaven face. The irides are dark with cloudy corneas. The conjunctivae are congested, left greater than right, without petechiae. The ears are unremarkable. The nasal septum is deviated towards the right. The mouth is unremarkable and does not contain any significant quantity of foreign material. Upper and lower denture plates are in place.

The anterior torso is symmetric with a very slightly protuberant soft abdomen. The posterior torso is unremarkable. There is a 1-3/4 x 1 inch patch of slightly pigmented skin on the left middle portion of the back. The upper extremities are symmetric and unremarkable. The lower extremities are symmetric with very slight superficial varicosities. There is marked peripheral cyanosis. External genitalia are those of a circumcised male with descended testes. There are scattered pigmented moles on the body.

Rigor mortis is full and symmetric. Livor mortis is red purple in color, posterior in distribution, and fixed. The body is cold to touch. There is slight drying artifact of scrotum and focal areas of superficial skin slipping.

**THERAPEUTIC PROCEDURES:**　　None.

**SCARS:**　　There is a 1/2 inch area of scarring to the right of the umbilicus. There is a 2-1/2 inch linear scar on the left lower portion of the back.

There are two 1/4 inch scars on the anterior aspect of the right upper arm near the right antecubital fossa. There are multiple areas of scarring within the right antecubital fossa that measure between 1/4 inch and 1/2 inch in dimension each. There are scattered small linear scars in the right radial area that measure between 1/4 inch and 1/2 inch in length each. There are scattered small scars on the dorsum of the right hand and posterior forearm.

There is a 3/8 inch linear scar in the left antecubital fossa. There is a 3/8 inch linear scar on the anterior aspect of the left forearm. There is a 1/4 inch linear scar on the thenar eminence of the left hand. There are scattered small scars on the dorsum of the left hand and posterior forearm.

There is a 3/4 x 1/2 inch scar on the anterior aspect of the right knee.

There is a 3/16 inch circular pigmented scar with hyperpigmented rims and a hypopigmented center on the anterior aspect of the left calf.

**TATTOOS:**　　None.

**INJURIES:**

**LETHAL INJECTION:** Intravenous catheters are inserted into superficial veins through dermal punctures of both antecubital fossae. Two additional dermal punctures are noted within the right antecubital fossa. A single dermal puncture is noted on the anterior aspect of the left forearm near the left antecubital fossa.

**OTHER SUPERFICIAL INJURIES:** There is a 1/8 inch abrasion on the posterior aspect of the proximal phalanx of the thumb of the right hand. There is a 1/8 x 1/16 inch abrasion of the cuticle of the second finger of the left hand.

*The above injuries, having been described, will not be repeated.*

## INTERNAL EXAMINATION

**HEAD:** The scalp is unremarkable without abrasions, contusions or lacerations. The skull is intact without fracture. The meningeal coverings of the brain are intact without epidural, subdural or subarachnoid hemorrhages.

The brain is symmetric with an unremarkable gyral pattern over the cerebral hemispheres. There are no visible injuries on the surface of the brain.

**NECK:** There are no hemorrhages into the musculature or soft tissues of the neck. The hyoid, larynx, and trachea are palpably intact. The cervical vertebrae are palpably intact.

**BODY CAVITIES:** All organs are in their normal anatomic locations. The pleural, pericardial, and peritoneal cavities have smooth and glistening surfaces. Typical quantities of translucent fluid are present within the body cavities.

**CARDIOVASCULAR SYSTEM:** The great vessels are normally distributed. There are no palpable clots in the pulmonary arteries. The aorta has no palpable calcifications or abnormal dilations.

The heart has a smooth, glistening, intact epicardial surface. It is not apparently enlarged or dilated. The coronary arteries do not have palpable calcifications.

**RESPIRATORY SYSTEM:** The right and left lungs are normally lobated. The pleural surfaces are glistening and intact with slight to moderate black anthracotic pigment deposits. The lung parenchyma is well aerated without palpable masses or consolidations. There is vascular congestion in dependent segments.

**DIGESTIVE SYSTEM AND LIVER:** The esophagus, stomach, duodenum, small intestines, appendix, and large intestines are unremarkable on serosal surfaces without palpable abnormalities.

The liver is normal in size with a slightly firm and irregular capsule. The parenchyma is red-brown in color. The unremarkable gallbladder contains approximately 8 ml. of bile. The extrahepatic bile ducts are unremarkable. The pancreas is unremarkable except for autolysis.

**RETICULOENDOTHELIAL SYSTEM:** The spleen is normal in size and unremarkable. There

is a normal distribution of unremarkable lymph nodes. The thymus gland is involuted.

**GENITOURINARY SYSTEM:** The kidneys are normal in size. The subcapsular surfaces are smooth. The unremarkable urinary bladder contains approximately 20 mL of urine.

**ENDOCRINE SYSTEM:** The thyroid and adrenal glands are normal in size without palpable masses or nodularity.

**MUSCULOSKELETAL SYSTEM:** The musculoskeletal system is intact and unremarkable. There are moderately increased quantities of subcutaneous and intra-cavity adipose tissue.

**TOXICOLOGY:** The following specimens are submitted for possible toxicologic analysis: Blood, bile, urine and vitreous humor. A separate report will be issued.

### SUMMARY OF CASE

This 53 year old male was executed by lethal injection on May 9, 2007 at 1:21 a.m. and was pronounced deceased at 1:38 a.m. His body was recovered from the execution chamber and an autopsy was ordered.

The body was held in a sealed body bag until an autopsy was performed on May 19, 1007 at 8:00 a.m. By agreement with the next-of-kin autopsy was limited to viewing and palpating the internal organs in-situ. Removal and dissection were only to be performed if abnormal observations required additional inquiry. None were necessary in this case.

There were no significant unusual findings at autopsy. Toxicology specimens were obtained and tested. Results are attached.

In my opinion, this person died as a result of an acute combined intoxication. The manner of death is homicide.

Signature _____          Date _____
Bruce P. Levy, M.D.
Chief Medical Examiner

BPL/lmr
T: 06/29/2007



**AEGIS SCIENCES CORPORATION**
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| Client: | 225 - Forensic Medical | Case ID: | 07-1561 |
| Report To: | Dr. Bruce Levy | Laboratory ID: | 4343844 |
| | Forensic Medical | Collected: | 05/19/07 00:00 |
| | 850 RS Gass Blvd | Received: | 05/22/07 13:04 |
| | Nashville, TN 37216 | Completed: | 10/02/07 08:42 |
| | | Reported: | 10/02/07 15:00 |
| Reason: | Post-mortem | | |
| Specimen Type: | Heart Blood | | |

Workman, Phillip

Test(s) Ordered:
40599 - Profile-ME Comprehensive
41787 - Pancuronium (Pavulon)
42090 - Thiopental (Pentothal)
70521 - Confirmation Barbiturates

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Pancuronium (Pavulon) | POSITIVE | | |
| Pancuronium | POSITIVE | 630 ng/mL | 1 ng/mL |
| Thiopental (Pentothal) | POSITIVE | | |
| Thiopental | POSITIVE | 18900 ng/mL | 1 ng/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | |
| Acetaminophen | NONE DETECTED | | 1 mcg/mL |
| Amphetamines | NONE DETECTED | | 50 ng/mL |
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Barbiturates | POSITIVE | | |
| Amobarbital | NONE DETECTED | | 50 ng/mL |
| Butabarbital | NONE DETECTED | | 50 ng/mL |
| Butalbital | NONE DETECTED | | 50 ng/mL |
| Pentobarbital | POSITIVE | 615 ng/mL | 50 ng/mL |
| Secobarbital | NONE DETECTED | | 50 ng/mL |
| Talbutal | NONE DETECTED | | 50 ng/mL |
| Sedatives/Hypnotics | NONE DETECTED | | 50 ng/mL |
| Methadone | NONE DETECTED | | 50 ng/mL |
| Benzodiazepines | NONE DETECTED | | 25 ng/mL |
| Cannabinoids (Marijuana) | NONE DETECTED | | 1 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 10 ng/mL |

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

Certified by:
Date:

TRAVIS E. CURTIS, MS

OCT 02 2007

Page 1 of 2



## AEGIS SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-1561 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4343844 |
| | Forensic Medical | **Collected:** | 05/19/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 05/22/07 13:04 |
| | Nashville, TN 37216 | **Completed:** | 10/02/07 08:42 |
| | | **Reported:** | 10/02/07 15:00 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Heart Blood | | |

**Test(s) Ordered:**
40599 - Profile-ME Comprehensive
41787 - Pancuronium (Pavulon)
42090 - Thiopental (Pentothal)
70521 - Confirmation Barbiturates

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Opiates | NONE DETECTED | | 50 ng/mL |
| Synthetic Narcotics | NONE DETECTED | | 50 ng/mL |
| Phenothiazines | NONE DETECTED | | 1 ng/mL |
| Salicylate | NONE DETECTED | | |
| Salicylate | NONE DETECTED | | 5 mg/L |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by: _____  TRAVIS E. CURTIS, MS
Date:

OCT 0 2 2007        ----- END OF REPORT -----

Page 2 of 2

08



# AEGIS
## SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| Client: | 225 - Forensic Medical | Case ID: | 07-1561 |
| Report To: | Dr. Bruce Levy | Laboratory ID: | 4343845 |
| | Forensic Medical | Collected: | 05/19/07 00:00 |
| | 850 RS Gass Blvd | Received: | 05/22/07 13:04 |
| | Nashville, TN 37216 | Completed: | 10/02/07 14:53 |
| | | Reported: | 10/02/07 15:00 |
| Reason: | Post-mortem | | |
| Specimen Type: | Urine | | |

Test(s) Ordered:
40569 - Profile-ME Comprehensive Urine
42090 - Thiopental (Pentothal)
41787 - Pancuronium (Pavulon)
70520 - Confirmation Barbiturates
71850 - Confirmation Phenobarbital

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Pancuronium (Pavulon) | POSITIVE | | |
|   Pancuronium | POSITIVE | 300 ng/mL | 1 ng/mL |
| Thiopental (Pentothal) | CANCELED | | |
|   Thiopental | CANCELED | | 1 ng/mL |
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 1 mcg/mL |
| Amphetamines | NONE DETECTED | | 100 ng/mL |
| Barbiturates | POSITIVE | | |
|   Butabarbital | NONE DETECTED | | 100 ng/mL |
|   Butalbital | NONE DETECTED | | 100 ng/mL |
|   Pentobarbital | POSITIVE | 245 ng/mL | 100 ng/mL |
|   Secobarbital | NONE DETECTED | | 100 ng/mL |
|   Talbutal | NONE DETECTED | | 100 ng/mL |
|   Amobarbital | NONE DETECTED | | 100 ng/mL |
| Benzodiazepines | NONE DETECTED | | 100 ng/mL |
| Cannabinoids (Marijuana) | NONE DETECTED | | 5 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 50 ng/mL |
| Opiates | NONE DETECTED | | 50 ng/mL |
| Phencyclidine (PCP) | NONE DETECTED | | 10 ng/mL |
| Phenothiazines | NONE DETECTED | | 5 ng/mL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by: _[signature]_ TRAVIS E. CURTIS, MS
Date:

OCT 02 2007

Page 1 of 2



## AEGIS SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| Client: | 225 - Forensic Medical | Case ID: | 07-1561 |
|---|---|---|---|
| Report To: | Dr. Bruce Levy | Laboratory ID: | 4343845 |
| | Forensic Medical | Collected: | 05/19/07 00:00 |
| | 850 RS Gass Blvd | Received: | 05/22/07 13:04 |
| | Nashville, TN 37216 | Completed: | 10/02/07 14:53 |
| | | Reported: | 10/02/07 15:00 |
| Reason: | Post-mortem | | |
| Specimen Type: | Urine | | |

Test(s) Ordered:
40569 - Profile-ME Comprehensive Urine
42090 - Thiopental (Pentothal)
41787 - Pancuronium (Pavulon)
70520 - Confirmation Barbiturates
71850 - Confirmation Phenobarbital

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Synthetic Narcotics | NONE DETECTED | | 100 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |
| Salicylate | NONE DETECTED | | 1 mg/L |
| Sedatives/Hypnotics | NONE DETECTED | | 200 ng/mL |

The sample quantity submitted is not sufficient to complete required testing.

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

Certified by: _____  TRAVIS E CURTIS MS
Date:

OCT 02 2007

----- END OF REPORT -----

Page 2 of 2



**AEGIS**
SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-1561 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4343846 |
| | Forensic Medical | **Collected:** | 05/19/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 05/22/07 13:04 |
| | Nashville, TN 37216 | **Completed:** | 10/02/07 10:00 |
| | | **Reported:** | 10/02/07 15:00 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Bile | | |

**Test(s) Ordered:**  42090 - Thiopental (Pentothal)

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Thiopental (Pentothal) | POSITIVE | | |
| Thiopental | POSITIVE | 4470 ng/mL | 1 ng/mL |

The sample quantity submitted is not sufficient to complete required testing.

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by: _____ TRAVIS E. CURTIS, MS
Date:

OCT 02 2007         ----- END OF REPORT -----

Page 1 of 1

11



## AEGIS
### SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-1561 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4343847 |
| | Forensic Medical | **Collected:** | 05/19/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 05/22/07 13:04 |
| | Nashville, TN 37216 | **Completed:** | 10/02/07 11:38 |
| | | **Reported:** | 10/02/07 15:00 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Vitreous | | |

**Test(s) Ordered:** 42197 - Vitreous Electrolyte Profile

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Vitreous Electrolyte Profile | POSITIVE | | |
| Glucose | NONE DETECTED | | 20 mg/dL |
| Blood Urea Nitrogen (BUN) | POSITIVE | 26 mg/dL | 1 mg/dL |
| Sodium (Na) | POSITIVE | 116 mmol/L | 1 mmol/L |
| Potassium (K) | POSITIVE | > 9 mmol/L | 1 mmol/L |
| Chloride (Cl) | POSITIVE | 115 mmol/L | 1 mmol/L |
| Carbon Dioxide (CO2) | NONE DETECTED | | 1 mmol/L |
| Creatinine | POSITIVE | 0.8 mg/dL | 0.1 mg/dL |

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by: _signature_

Date: OCT 02 2007

TRAVIS E. CURTIS, MS

----- END OF REPORT -----

Page 1 of 1