IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN MICHAEL WEST ) | |
| ) | |
| v. ) | No. 3:10-1016 |
| ) | JUDGE CAMPBELL |
| GAYLE RAY, et al. ) | DEATH PENALTY |

## ORDER

Pending before the Court is a Motion To Dismiss On Behalf Of Gayle Ray, Ricky Bell, David Mills, and Reuben Hodge (Docket No. 10). The Plaintiff has filed a Response (Docket No. 13) to the Motion. For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE